HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARTHUR WEST,<br><br>                            Plaintiff,<br><br>       v.<br><br>NORTHERN SPOTTED OWL POLICY WORK GROUP, et al.,<br><br>                            Defendants. | No. 3:10-cv-05381 RBL<br><br>ORDER ON MOTION FOR MORE DEFINITE STATEMENT [Dkt. #7] |

This matter is before the Court on Defendants Washington State Association of Counties and Josh Weiss' Motion for More Definite Statement [Dkt. #7].

Defendants request a more definite statement under Fed. R. Civ. P. 12(e) of the facts relating to claims against WSAC and Weiss. Plaintiff's Complaint is certainly not a model of pleading or clarity, but it provides the Defendants with enough information to file an answer or motion under Fed. R. Civ. P. 12.

Defendants WSAC and Weiss' Motion for More Definite Statement [Dkt. 7] is DENIED.

Plaintiff's response includes a Request for Extension of Time to respond to various motions [Dkt. #12]. Plaintiff has a litigious temperament, and as a result bears the burden of maintaining multiple cases simultaneously. This self-inflicted burden does not warrant an extension of time.

Plaintiff's Request for Extension of Time is DENIED.

ORDER - 1

1  **IT IS SO ORDERED.**

2  Dated this 29th day of July, 2010.

```
                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE
```

ORDER - 2