HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARTHUR WEST,
                Plaintiff,

v.

NORTHERN SPOTTED OWL POLICY WORK GROUP,
                Defendants.

Case No. C10-5381RBL

ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Reconsider Order Dismissing Parties. [Dkt. #23].

Under Local Rule 7, motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence. Local Rule 7(h).

Plaintiff did not timely respond to the prior Order, and has not adequately explained that failure. Plaintiff's Motion to Reconsider [Dkt. # 23] the Court's prior Order of Dismissal [Dkt. #20] is DENIED.

ORDER
Page - 1

1    IT IS SO ORDERED.

2    Dated this 9th day of September, 2010.

        _____
        RONALD B. LEIGHTON
        UNITED STATES DISTRICT JUDGE